

# Weinberg, Lieberman & Co.

*Certified Public Accountants*

██████████████████ • West Caldwell, New Jersey ████████

*Certified In
New Jersey, New York &
Conn.*

May 2, 2006

To the Honorable Chester J. Straub
Bronxville, NY

We have reviewed the accompanying Financial Disclosure Report of the Honorable Chester J. Straub as of December 31, 2005, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of The Honorable Chester J. Straub.

A review consists principally of inquiries of The Honorable Chester J. Straub, as well as inquiries of his brokerage firms, financial institutions, and the pension department of his former law firm. Analytical procedures have been applied to this financial data. It is substantially less in scope than an audit in accordance with generally accepted auditing standards, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

The accompanying Financial Disclosure Report was prepared for the purpose of complying with the Ethics Reform Act of 1989.

Based on our review, we are not aware of any material modifications that should be made to the accompanying Financial Disclosure Report in order for them to be in conformity with the applicable laws and regulations of the Ethics Reform Act of 1989.

This report is intended solely for the information and use of the Committee on Financial Disclosure, Administrative Office of the United States Court, and should not be used for any other purpose.

Weinberg, Lieberman & Co.



**CPA**

Jeffrey I. Lieberman, CPA

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STRAUB, CHESTER J | U.S. COURT OF APPEALS, 2ND CIR | 05/02/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ~~FULL-TIME JUDGE~~ *ACTIVE* | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES COURTHOUSE 500 PEARL STREET NEW YORK, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | LENOX HILL HOSPITAL |
| 2. TRUSTEE | MANHATTAN EYE EAR AND THROAT HOSPITAL - (A LENOX HILL HOSPITAL SUBSIDIARY) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $ 5663.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. LENOX HILL HOSPITAL | TAXI FARES IN CONNECTION WITH TRUSTEE MEETINGS. |
| 2. | THE HOSPITAL PAID FOR TAXIS HOME FROM LENOX HILL HOSPITAL NEW YORK FOR THE FOLLOWING DAYS : |
| 3. | 1/18,2/23,3/9,3/27,4/12,4/13,4/27,5/23,5/25,6/14,6/28,9/20,9/28/,10/26,12/14/05. |
| 4. NEW YORK STATE BAR ASSOCIATION | REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH OUT OF TOWN LECTURE IN ALBANY. |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WASHINGTON MUTAL | CO-OBLIGOR: MORTGAGE LOAN | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. **SMITH BARNEY** /MERGED INTO FIDELITY INVESTMENTS | | | | | | | | | |
| 2. JACKSON TWP NJ AMBAC INSD DTD 12/1/03 F/C 6/1/04 | A | Interest | K | T | | | | | |
| 3. NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN-C MBIA 4/10/03 | C | Interest | L | T | | | | | |
| 4. NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TCRS CSTD | B | Interest | K | T | | | | | |
| 5. NEW YORK NY SER E BK ENTRY UNLTD TAX OID DTD 11/2/95 | A | Interest | | | Redemption | 2-15 | K | | |
| 6. NEW YORK NY SER B AMBAC TCRS OID UNLTD/TAX CUST RCP | D | Interest | L | T | Part. Redem. | 8-15 | K | | |
| 7. NEW YORK NY SER L MBIA B/E UNLTD TAX DTD 6/1/97 | C | Interest | ·L | T | | | | | |
| 8. NEW YORK NY SER H G/O BK ENTRY FGIC INSD DTD 4/1/98 | B | Interest | K | T | | | | | |
| 9. NYC G/O SER K U/T AMBAC INSD DTD 4/1/96 DUE 2/1/2005 | A | Interest | | | Redemption | 4-1 | K | | |
| 10. NYC SER G MBIA DD 1/9/96 DUE 2/1/2008 | B | Interest | K | T | | | | | |
| 11. NYS URB DEV CRP REV PJ PINE BARRENS MBIA DTD 2/1/96 | C | Interest | | | Redemption | 7-1 | M | C | |
| 12. NEW YORK ST DORM AUTH REVS ST UNIV MBIA DTD 9/15/95 PREREF | A | Interest | | | Redemption | 5-16 | K | | |
| 13. NEW YORK CITY G/O SER D REF BOOK MBIA 1/1/95 MAT 2/1/06 | B | Interest | K | T | | | | | |
| 14. NEW YORK ST TWY AUTH HWY & BRIDGE SER A AMBAC 8/1/96 | B | Interest | K | T | | | | | |
| 15. NEW YORK ST TWY AUTH HWY & BRIDGE SER A AMBAC 2/15/97 | C | Interest | L | T | | | | | |
| 16. NEW YORK CITY SER G AMBAC TCRS OID 1/9/96 DUE 2/1/07 | B | Interest | K | T | | | | | |
| 17. NEW YORK SER I B ENTRY TAX OID 4/24/97 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | B | Interest | K | T | | | | | |
| 19. GREENPORT NY PUB IMPT U/T FGIC 1/15/01 F/C 4.75 9/15/07 | B | Interest | L | T | | | | | |
| 20. LONG ISLAND NY PWR AU ELEC AMBAC 5/1/98 5.50 12/01/06 | D | Interest | M | T | | | | | |
| 21. NEW YORK NY SER F-CR FSA OID 2/22/01 4.125 08/01/08 | B | Interest | K | T | | | | | |
| 22. NEW YORK CITY SER G-FSA U/T REG 1/9/96 5.90 2/1/05 | C | Interest | | | Redemption | 2-1 | L | | |
| 23. SMITH BARNEY MUNI NY MONEY MKT PORT CL A | | | | | Liquidated | 2-11 | J | | |
| 24. BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 25. HEWLETT PACKARD | B | Dividend | M | T | | | | | |
| 26. ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 27. HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 28. GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | B | Dividend | K | T | | | | | |
| 29. CAPITAL ONE FINANCIAL | A | Dividend | J | T | | | | | |
| 30. CITIGROUP | A | Dividend | J | T | | | | | |
| 31. HOME DEPOT | A | Dividend | J | T | | | | | |
| 32. IBM COMMON | B | Dividend | M | T | | | | | |
| 33. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 34. LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EXXON COMMON | A | Dividend | J | T | | | | | |
| 36. 3M COMMON | A | Dividend | J | T | | | | | |
| 37. HRPT PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 38. **FIDELITY INVESTMENTS** | | | | | | | | | |
| 39. MERRILL LYNCH & CO. COMMON | A | Dividend | J | T | | | | | |
| 40. COHEN & STEERS REALTY SHARES INC. | B | Dividend | J | T | | | | | |
| 41. | | | | | Buy | 3-8 | J | | |
| 42. | | | | | Buy | 6-24 | J | | |
| 43. | | | | | Buy | 9-27 | J | | |
| 44. | | | | | Buy | 12-23 | J | | |
| 45. EQUITY OFFICE PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 46. NEW YORK ST ENVIRO FACS 5% | B | Interest | L | T | | | | | |
| 47. NEW YORK ST URBAN DEV CORP REV CORR | C | Interest | L | T | | | | | |
| 48. METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | M | T | | | | | |
| 49. FIDELITY NY MUNI MONEY MARKET | B | Dividend | J | T | | | | | |
| 50. NY NYC MUN WTR FIN AUTH 5.25% 6/15/2010 | B | Interest | K | T | | | | | |
| 51. NY ST TWY AUTH HWY & BRDG TR FD 5.25% 4/1/2011 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BARON GROWTH | B | Dividend | L | T | Buy | 4-4 | L | | |
| 53. | | | | | Buy | 11-22 | J | | |
| 54. SPARTAN 500 INDEX INVESTOR CLASS | A | Dividend | L | T | Buy | 4-4 | K | | |
| 55. | | | | | Buy | 6-3 | J | | |
| 56. | | | | | Buy | 12-23 | J | | |
| 57. AMERICAN GROWTH FUND OF AMERICA CLASS F | A | Dividend | L | T | Buy | 7-29 | K | | |
| 58. | | | | | Buy | 12-20 | J | | |
| 59. ROYCE TOTAL RETURN FUND | C | Dividend | L | T | Buy | 4-4 | L | | |
| 60. | | | | | Buy | 6-10 | J | | |
| 61. | | | | | Buy | 9-9 | J | | |
| 62. | | | | | Buy | 12-2 | J | | |
| 63. S&P MID CAP 400 DEP RCPYS MID CAP | A | Dividend | M | T | Buy | 4-4 | K | | |
| 64. | | | | | Buy | 7-29 | L | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. **CITIBANK ACCOUNTS** | | | | | | | | | |
| 68. CHECKING█ | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PREF. MONEY MARKET ▉ | B | Interest | J | T | | | | | |
| 70. **FIDELITY IRA ROLLOVER** | | | | | | | | | |
| 71. MARSH & MCLENNAN | A | Dividend | K | T | | | | | |
| 72. FIDELITY CASH RESERVES | A | Dividend | K | T | | | | | |
| 73. FEDL HOME LOAN BK.S CON BD 5.885% 3/30/2009 | C | Interest | L | T | | | | | |
| 74. S&P 500 DEPOSITORY RECEIPT (SPY) UNIT SERIES 1 | D | Dividend | O | T | | | | | |
| 75. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | M | T | | | | | |
| 76. | | | | | Buy | 1-12 | K | | |
| 77. FEDL HOME LN BANK CONS BD 5.625% 11/15/2011 | C | Interest | K | T | | | | | |
| 78. FEDERAL HOME LN BKS CONS BD 5.475% 1/12/2009 | D | Interest | M | T | | | | | |
| 79. FEDERAL HOME LN BKS CONS BD 5.79% 4/27/2009 | D | Interest | M | T | | | | | |
| 80. FEDERAL HOME LN BKS CONS BD 6.715% 6/29/2009 | D | Interest | M | T | | | | | |
| 81. AMERICAN GROWTH FUND OF AMERICA CLASS F (GFAFX) | B | Dividend | M | T | | | | | |
| 82. | | | | | Buy | 12-20 | J | | |
| 83. DODGE & COX STOCK FUND (DODGX) | D | Dividend | N | T | | | | | |
| 84. | | | | | Buy | 3-29 | J | | |
| 85. | | | | | Buy | 6-28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 9-28 | J | | |
| 87. | | | | | Buy | 12-28 | J | | |
| 88. TWEEDY BROWNE GLOBAL VALUE FUND | C | Dividend | N | T | | | | | |
| 89. | | | | | Buy | 7-29 | K | | |
| 90. | | | | | Buy | 12-28 | J | | |
| 91. BARON GROWTH | D | Dividend | M | T | | | | | |
| 92. | | | | | Buy | 1-12 | K | | |
| 93. | | | | | Buy | 1-19 | J | | |
| 94. | | | | | Buy | 11-22 | J | | |
| 95. ROYCE TOTAL RETURN FUND | D | Dividend | M | T | | | | | |
| 96. | | | | | Buy | 1-12 | K | | |
| 97. | | | | | Buy | 3-10 | J | | |
| 98. | | | | | Buy | 6-10 | J | | |
| 99. | | | | | Buy | 9-9 | J | | |
| 100. | | | | | Buy | 12-2 | J | | |
| 101. GOOGLE | | None | K | T | Buy | 9-15 | J | | |
| 102. SPARTAN 500 INDEX IVESTOR CLASS | A | Dividend | K | T | Buy | 4-4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 6-3 | J | | |
| 104. | | | | | Buy | 7-29 | J | | |
| 105. | | | | | Buy | 12-23 | J | | |
| 106. US TREAS NTS 6.5% 10/15/2006 | D | Interest | M | T | | | | | |
| 107. US TREAS NTS 6.125% 8/15/2007 | D | Interest | M | T | | | | | |
| 108. US TREAS NTS 4.75% 11/15/2008 | D | Interest | N | T | | | | | |
| 109. US TREAS NTS 6.0% 8/15/2009 | E | Interest | N | T | | | | | |
| 110. **FIDELITY IRA** | | | | | | | | | |
| 111. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 112. AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | | | | | |
| 113. | | | | | Buy | 12-20 | J | | |
| 114. **FIDELITY IRA** | | | | | | | | | |
| 115. SPARTAN MARKET INDEX FUND | A | Dividend | J | T | | | | | |
| 116. | | | | | Buy | 6-3 | J | | |
| 117. | | | | | Buy | 12-23 | J | | |
| 118. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 119. US TREAS NTS 4.75% 11/15/2008 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DODGE & COX STOCK FUND | A | Dividend | J | T | | | | | |
| 121. | | | | | Buy | 3-29 | J | | |
| 122. | | | | | Buy | 6-28 | J | | |
| 123. | | | | | Buy | 9-28 | J | | |
| 124. | | | | | Buy | 12-28 | J | | |
| 125. TWEEDY BROWNE GLOBAL VALUE | A | Dividend | K | T | | | | | |
| 126. | | | | | Buy | 12-28 | J | | |
| 127. BARON GROWTH | A | Dividend | J | T | | | | | |
| 128. | | | | | Buy | 1-12 | J | | |
| 129. | | | | | Buy | 11-22 | J | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/02/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The Smith Barney brokerage account was consolidated into the existing Fidelity Brokerage account. ( see line 1 part VII)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date 5/8/06

NOTE: ANY IN[...]ING [...] ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL [...] app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544